LAWRENCE K. ROCKWELL, #72410
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
<u>Mail</u>:   P.O. Box 12979
          Oakland, California  94604-2979

Telephone:     (510) 451-0544
Facsimile:      (510) 832-1486

Attorneys for Plaintiff
SIMPLEXGRINNELL LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SIEMENS BUILDING TECHNOLOGIES, Inc., a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　Defendants. | CASE NO.  1:05-CV-01443-AWI-SMS<br><br>**STIPULATED PRELIMINARY INJUNCTION** |

## <u>ORDER</u>

Pursuant to the Stipulation of the parties, the Court hereby orders as follows:

1.　　Defendant SIEMENS BUILDING TECHNOLOGIES, INC. ("Siemens") and its agents, servants, employees, successors, and assigns, and any other persons acting in concert with Siemens, are hereby enjoined and restrained from:

　　(a)　　unauthorized copying, reproducing, manufacturing, duplicating, disseminating, distributing or use of any copies of the following software or any portion thereof:

SimplexGrinnell Fire Panel Configuration and Control Software Version 8.04, SimplexGrinnell Fire Panel Configuration and Control Software Version 9.02, SimplexGrinnell Fire Panel Configuration and Control Software Version 10.01, SimplexGrinnell Fire Panel Configuration and Control Software Version 11.01 (individually and collectively, the "SimplexGrinnell Works");

    (b)  creating unauthorized derivative works based upon the SimplexGrinnell Works;

    (c)  otherwise infringing any of SimplexGrinnell's copyrights;

    (d)  using any SimplexGrinnell software keys or the codes embedded thereon;

  2.  Siemens and its agents, servants, employees, successors, and assigns, and any other persons acting in concert with Siemens, shall forthwith return to SimplexGrinnell all SimplexGrinnell property in its possession and under its custody or control, including all copies of SimplexGrinnell software, including but not limited to all copies of the SimplexGrinnell Works; and all SimplexGrinnell software keys.

  3.  This injunction shall remain in effect until this action is final for all purposes including exhaustion of all mandatory and discretionary appellate review, or until otherwise ordered by the court upon motion for good cause shown.

  IT IS SO ORDERED.

  **Dated: December 16, 2005**    /s/ Anthony W. Ishii
  0m8i78          UNITED STATES DISTRICT JUDGE

2