```
 1  D. Greg Durbin, # 81749                    (SPACE BELOW FOR FILING STAMP ONLY)
    McCormick, Barstow, Sheppard
 2  Wayte & Carruth LLP
    P.O. Box 28912
 3  5 River Park Place East
    Fresno, CA  93720-1501
 4  Telephone:    (559) 433-1300
    Facsimile:    (559) 433-2300
 5
    Attorneys for Defendant
 6  TURNER SECURITY SYSTEMS, INC., a California
    corporation
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership, | Case No. 1:-5-CV-01443 AWI SMS |
| Plaintiff, | **ORDER TO EXTEND TIME FOR DEFENDANT TURNER SECURITY SYSTEMS, INC. TO RESPOND TO COMPLAINT, AND TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation; and TURNER SECURITY SYSTEMS, INC., a California corporation, | |
| Defendants. | |

## ORDER

Upon the stipulation of Plaintiff SIMPLEXGRINNELL LP, a Delaware limited partnership ("SimplexGrinnell") and Defendant TURNER SECURITY SYSTEMS, INC. ("Defendant Turner"), it is HEREBY ORDERED THAT:

1. The time within which Defendant Turner has to respond to the Complaint herein is extended up to and including January 20, 2006; and

/ / /

/ / /

2.      The hearing on SimplexGrinnell's Motion for Preliminary Injunction is continued from 1:30 p.m. on January 9, 2006, to February 6, 2006, at 1:30 p.m., the Honorable Anthony W. Ishii presiding.

IT IS SO ORDERED.

**Dated:   January 4, 2006**            /s/ Anthony W. Ishii

0m8i78                              UNITED STATES DISTRICT JUDGE