LAWRENCE K. ROCKWELL, #72410
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
<u>Mail</u>:   P.O. Box 12979
         Oakland, California 94604-2979

Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486

Attorneys for Plaintiff
SIMPLEXGRINNELL LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS BUILDING TECHNOLOGIES, Inc., a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>Defendants. | CASE NO. 1:05-CV-01443-AWI-SMS<br><br>**<u>STIPULATED TEMPORARY PRELIMINARY INJUNCTION</u>** |

**<u>ORDER</u>**

Pursuant to the Stipulation of the parties, the Court hereby orders as follows:

(a) Defendant TURNER SECURITY SYSTEMS, INC. ("Turner") and its agents, servants, employees, successors, and assigns, and any other persons acting in concert with Turner, are hereby enjoined and restrained from:

(i) unauthorized copying, reproducing, manufacturing, duplicating, disseminating, distributing or use of any copies of the following software or any portion thereof: SimplexGrinnell Fire Panel Configuration and Control Software Version 8.04, SimplexGrinnell Fire

Panel Configuration and Control Software Version 9.02, SimplexGrinnell Fire Panel Configuration and Control Software Version 10.01, SimplexGrinnell Fire Panel Configuration and Control Software Version 11.01 (individually and collectively, the "SimplexGrinnell Works");

    (ii)  creating unauthorized derivative works based upon the SimplexGrinnell Works;

    (iii)  otherwise infringing any of SimplexGrinnell's copyrights;

    (iv)  using any SimplexGrinnell software keys or the codes embedded thereon;

  (b)  Turner and its agents, servants, employees, successors, and assigns, and any other persons acting in concert with Turner, shall forthwith return, and in any event on or before January 9, 2006, to SimplexGrinnell all SimplexGrinnell property in its possession and under its custody or control, including all copies of SimplexGrinnell software, including but not limited to all copies of the SimplexGrinnell Works; and all SimplexGrinnell software keys.

  (c)  If and to the extent SimplexGrinnell receives any items under the preceding subparagraph, then SimplexGrinnell shall maintain custody of such items in the form provided to it throughout this action until final conclusion of the action and any and all appeals have been concluded.

  (d)  This injunction shall remain in effect until the continued hearing on the Motion for Preliminary Injunction reset for February 6, 2006, or until otherwise ordered by the court upon motion for good cause shown.

  IT IS SO ORDERED.

  **Dated:  January 4, 2006**    /s/ Anthony W. Ishii
  0m8i78          UNITED STATES DISTRICT JUDGE