LAWRENCE K. ROCKWELL, #72410
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
Telephone:     (510) 451-0544
Facsimile:      (510) 832-1486

Attorneys for Plaintiff
SIMPLEXGRINNELL LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>                    Plaintiff,<br><br>            v.<br><br>SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>                    Defendants. | CASE NO.  1:05-CV-01443-AWI-SMS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER** |

    WHEREAS, Plaintiff SIMPLEXGRINNELL LP ("SimplexGrinnell") filed this action on November 14, 2005, against Defendant SIEMENS BUILDING TECHNOLOGIES, INC. ("Siemens") and others and served Siemens on November 17, 2005;

    WHEREAS, the parties stipulated to an extension of time for Siemens to file a pleading responsive to the Complaint through and including January 9, 2006;

    WHEREAS, the parties continue to discuss the subject matter of the instant action to determine whether there are ways of resolving the issues regarding this matter without the need for further litigation.

    NOW, THEREFORE, based on the foregoing, SimplexGrinnell and Siemens through their

-1-

PDF created with pdfFactory trial version www.pdffactory.com

counsel of record do hereby stipulate that Siemens shall have through and including January 23, 2006 to file a pleading responsive to the Complaint for Damages and Injunctive Relief.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 9, 2006              DONAHUE GALLAGHER WOODS LLP


By: /s/ Lawrence K. Rockwell
    Lawrence K. Rockwell
    Attorneys for Plaintiff
    SIMPLEXGRINNELL LP

Dated: January 9, 2006              DECHERT LLP


By: /s/ Chris Scott Graham
    Chris Scott Graham
    Attorneys for Defendant
    SIEMENS BUILDING TECHNOLOGIES, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/10/2006                    /s/ Sandra M. Snyder
    SANDRA M. SNYDER
    United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com