Chris Scott Graham (SBN 114498)
Daniel T. McCloskey (SBN 191944)
**DECHERT LLP**
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile:  (650) 813-4848

Attorneys for Defendant
Siemens Building Technologies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>　　　　　Defendants. | Case No.  1:05-CV-01443-AWI-SMS<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING;**<br><br>**ORDER** |

　　　　WHEREAS, SimplexGrinnell LP ("SimplexGrinnell") filed this action on November 14, 2005 and on November 17, 2005, served Siemens Building Technologies, Inc. ("Siemens") with its Complaint for Damages and Injunctive Relief;

　　　　WHEREAS, the parties have stipulated to extensions of time for Siemens to file a pleading responsive to the Complaint through and including January 23, 2006;

　　　　WHEREAS, the hearing on SimplexGrinnell's motion for preliminary injunction regarding Defendant Turner Security Systems is scheduled for February 6, 2006; and

　　　　WHEREAS, the parties continue to discuss the subject matter of the instant action to determine whether there are ways of resolving the instant dispute without the need for

PDF created with pdfFactory trial version www.pdffactory.com

expenditure of further legal fees and expense;

    NOW, THEREFORE, based on the foregoing, SimplexGrinnell and Siemens through their counsel of record do hereby stipulate that Siemens shall have through and including February 6, 2006 to file a pleading responsive to the Complaint for Damages and Injunctive Relief.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 20, 2006    DECHERT LLP

    By:   /s/ Chris Scott Graham
        Chris Scott Graham
        Daniel T. McCloskey
        Attorneys for Defendant
        SIEMENS BUILDING TECHNOLOGIES, INC.

Dated: January 25, 2006    DONAHUE GALLAGHER WOODS LLP

    By:   /s/ Lawrence K. Rockwell
        Lawrence K. Rockwell
        Attorneys for Plaintiff
        SIMPLEXGRINNELL LP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2006    /s/ Sandra M. Snyder
        SANDRA M. SNYDER
        United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com