UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>       Plaintiff,<br><br>    v.<br><br>SIEMENS BUILDING TECHNOLOGIES, INC. a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>       Defendants. | CASE NO.  1:05-CV-01443 AWI SMS<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

///

///

///

///

///

///

///

///

///

The motion of plaintiff SIMPLEXGRINNELL LP ("SimplexGrinnell") came on regularly for hearing on February 6, 2006 in Courtroom 2 of the above-entitled Court, the Honorable Anthony W. Ishii, United States District Judge, presiding. Plaintiff SimplexGrinnell appeared through its counsel, Lawrence K. Rockwell and Julie E. Hofer, Donahue Gallagher Woods LLP. Defendant TURNER SECURITY SYSTEMS, INC. appeared through its counsel, D. Greg Durbin, McCormick, Barstow, Sheppard Wayte & Carruth LLP. Defendant SIEMENS BUILDING TECHNOLOGIES, INC. has stipulated with SimplexGrinnell to a preliminary injunction that was entered by the Court on December 16, 2005.

The Court having read the briefs and heard the arguments of counsel, having considered the evidence, and good cause appearing therefor, hereby orders as follows:

1. Defendant TURNER SECURITY SYSTEMS, INC. ("Turner"), and its respective agents, servants, employees, successors, and assigns, and any other persons acting in concert or conspiracy with Turner, or affiliated with Turner, are hereby enjoined and restrained from

   a. copying, reproducing, manufacturing, duplicating, disseminating, distributing or using any unauthorized copies of SimplexGrinnell's copyrighted software, including but not limited to SimplexGrinnell Fire Panel Configuration and Control Software Version 8.04, SimplexGrinnell Fire Panel Configuration and Control Software Version 9.02, SimplexGrinnell Fire Panel Configuration and Control Software Version 10.01, SimplexGrinnell Fire Panel Configuration and Control Software Version 11.01 (individually and collectively, the "SimplexGrinnell Works") or any other software manufactured by SimplexGrinnell;

   b. creating derivative works based upon the SimplexGrinnell Works;

   c. otherwise infringing any of SimplexGrinnell's copyrights;

   d. using any SimplexGrinnell software keys or the codes embedded thereon;

   e. erasing, deleting, altering, or destroying any infringing copies of

software, including any derivative works thereof, manufactured by SimplexGrinnell that are in the possession or under the control of Turner, or installed on Turner's computers, or downloaded by Turner or at its direction, to any SimplexGrinnell system panel or backup disk;

    f. destroying any SimplexGrinnell software keys that are in the possession or under the control of Turner; and

    g. destroying any documents, electronic files, business records or any other materials that pertain to the copying, reproduction, manufacture, duplication, dissemination, distribution, or use of any infringing copies of software manufactured by SimplexGrinnell or under its authority, including the creation, copying, reproduction, duplication, and dissemination of any derivative works thereof.

  2. SimplexGrinnell shall post a bond in the amount of Ten Thousand Dollars ($10,000.00) as security for the payment of such costs and damages that may be incurred by Turner if the relief granted hereby is found to have been improvidently granted.

  3. This injunction shall remain in effect until this action is final for all purposes including exhaustion of all mandatory and discretionary appellate review, or until otherwise ordered by the court upon motion for good cause shown.

IT IS SO ORDERED.

**Dated:   February 7, 2006**   /s/ Anthony W. Ishii
0m8i78        UNITED STATES DISTRICT JUDGE