1  Chris Scott Graham (SBN 114498)
   chris.scott.graham@dechert.com
2  Daniel T. McCloskey (SBN 191944)
   daniel.mccloskey@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, California 94304
   Telephone: (650) 813-4800
5  Facsimile:  (650) 813-4848

6  Attorneys for Defendant and Cross-Defendant,
   Siemens Building Technologies, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | SIMPLEXGRINNELL LP, a Delaware | Case No.  1:05-CV-01443-AWI-SMS
   | limited partnership,
12 |                                | **STIPULATION AND ORDER RE:**
   |         Plaintiff,              | **CONTINUATION OF MANDATORY**
13 |                                | **SCHEDULING CONFERENCE**
   |    vs.
14 |                                | Old Date:  4/4/2006 at 9:30 a.m.
   | SIEMENS BUILDING TECHNOLOGIES,
15 | INC., a Delaware corporation; TURNER | NEW DATE: MAY 10, 2006
   | SECURITY SYSTEMS, INC., a California | NEW TIME:   9:00 a.m.
16 | corporation,                     | NEW Courtroom: 7 – 6th Floor
   |                                | Before:  Judge Snyder
17 |         Defendants.

18

---

STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MANDATORY SCHEDULING CONFERENCE;
CASE NO 1:05-CV-01443-AWI-SMS                                                     12286106

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, a Mandatory Scheduling Conference is currently scheduled in this matter for April 4, 2006, at 9:30 a.m. in Department 4 of this Court;

2  WHEREAS, under the Federal Rules of Civil Procedure and this Court's local rules, the parties are required to engage in certain activities, such as mandatory disclosures, document production and meet and confer, in advance of the scheduling conference;

3  WHEREAS, the parties continue to discuss the subject matter of the instant action to determine whether there are ways of resolving the instant dispute without the need for expenditure of further legal fees and expense; and

4  WHEREAS, an extension of the date for the scheduling conference and accompanying activities will allow the parties to continue their discussions to explore a negotiated resolution of the case without incurring further legal fees and expenses, and will preserve the parties and the Court's resources.

NOW, THEREFORE, based on the foregoing, SimplexGrinnell LP, Siemens Building Technologies, Inc. and Turner Security Systems, Inc., through their counsel of record, do hereby stipulate that:

1. The Order setting the Mandatory Scheduling Conference for April 4, 2006, at 9:30 a.m.., in Department 4 of this Court, is vacated.

2. The Mandatory Scheduling Conference shall be held on May 10, 2006, at 9:00 a.m. in Department 4 of this Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 13, 2006                    DECHERT LLP

By:  /s/ Daniel T. McCloskey
Chris Scott Graham
Daniel T. McCloskey
Attorneys for Defendant and Cross-Defendant,
SIEMENS BUILDING TECHNOLOGIES, INC.

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 13, 2006 | DONAHUE GALLAGHER WOODS LLP |

By:  /s/ Lawrence K. Rockwell
Lawrence K. Rockwell
Attorneys for Plaintiff and Counterclaim-Defendant
SIMPLEXGRINNELL LP

Dated: March 13, 2006              MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  /s/ D. Greg Durbin
D. Greg Durbin
Attorneys for Defendant, Cross-Claimant and Cross-Complainant
TURNER SECURITY SYSTEMS, INC.

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from counsel of record for SIMPLEXGRINNELL LP and TURNER SECURITY SYSTEMS, INC.

Dated: March 13, 2006              DECHERT LLP

By:  /s/ Daniel T. McCloskey
Chris Scott Graham
Daniel T. McCloskey
Attorneys for Defendant and Cross-Defendant,
SIEMENS BUILDING TECHNOLOGIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  3/13/2006              /s/ Sandra M. Snyder

SANDRA M. SNYDER
United States Magistrate Judge

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MANDATORY SCHEDULING CONFERENCE; CASE NO. 1-05-CV-043861

2
12286106

PDF created with pdfFactory trial version www.pdffactory.com