1  LAWRENCE K. ROCKWELL, #72410
   JULIE E. HOFER, #152185
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
6
   Attorneys for Plaintiff
7  SIMPLEXGRINNELL LP

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   SIMPLEXGRINNELL LP, a Delaware limited      CASE NO.  1:05-CV-01443-AWI-SMS
12 partnership,

13                Plaintiff,                   STIPULATION AND ORDER
                                               REGARDING UNDERTAKING
14        v.

15 SIEMENS BUILDING TECHNOLOGIES,
   INC. a Delaware corporation; TURNER
16 SECURITY SYSTEMS, INC., a California
   corporation,
17
                  Defendants.
18

19

20       IT IS HEREBY STIPULATED by and between plaintiff SIMPLEXGRINNELL LP, a

21 Delaware limited  partnership ("SimplexGrinnell") and  defendant TURNER  SECURITY

22 SYSTEMS, INC. ("Turner"), as follows:

23       Pursuant to this Court's order dated February 7, 2006, plaintiff SimplexGrinnell LP posted an

24 undertaking in the amount of $10,000  as security for the preliminary injunction.  The Undertaking

25 provided  by Federal Insurance Company,  filed  on February 7, 2006, was  inadvertently titled

26 "TEMPORARY  RESTRAINING  ORDER" and  was  referred  to  in  that  manner  in  the  body of

27 the Undertaking.  Accordingly, a $10,000 replacement undertaking to reflect that the undertaking is

28 for a preliminary injunction, and specifically identifying plaintiff SimplexGrinnell LP and defendant

Turner Security Systems, Inc. is proposed to be filed.

  Plaintiff's counsel Lawrence K. Rockwell and counsel for defendant Turner Security Systems, Inc. stipulate to allowing the existing Undertaking to be withdrawn and returned to plaintiff's counsel and a replacement Undertaking, in the form attached as Exhibit B, to be filed with the Court. Attached for the Court's reference as Exhibit A is a true and correct copy of the Undertaking filed on February 7, 2006. Attached hereto as Exhibit B is a true and correct copy of the replacement Undertaking.

  Based on the foregoing, SimplexGrinnell LP seeks an Order allowing a replacement Undertaking to be filed and the previously filed Undertaking to be returned to plaintiff's counsel.

  IT IS SO STIPULATED.

Dated: March ___, 2006   DONAHUE GALLAGHER WOODS LLP

          By /s/ Lawrence K. Rockwell
            Lawrence K. Rockwell
            Attorneys for Plaintiff
            SIMPLEXGRINNELL LP

Dated: March 6, 2006   McCORMICK, BARSTOW,
          SHEPPARDWAYTE & CARRUTH LLP

          By /s/ D. Greg Durbin
            D. Greg Durbin
            Attorneys for Defendant
            TURNER SECURITY SYSTEMS, INC.

IT IS SO ORDERED.

**Dated:    March 20, 2006**    /s/ Anthony W. Ishii
h2ehf          UNITED STATES DISTRICT JUDGE