1  Chris Scott Graham (SBN 114498)
   chris.scott.graham@dechert.com
2  Daniel T. McCloskey (SBN 191944)
   daniel.mccloskey@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, California 94304
   Telephone: (650) 813-4800
5  Facsimile:  (650) 813-4848

6  Attorneys for Defendant and Cross-Defendant,
   Siemens Building Technologies, Inc.

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  SIMPLEXGRINNELL LP, a Delaware            Case No.  1:05-CV-01443-AWI-SMS
    limited partnership,
12                                            **STIPULATION AND ORDER RE:**
                Plaintiff,                    **CONTINUATION OF MANDATORY**
13                                            **SCHEDULING CONFERENCE**
         vs.
14
    SIEMENS BUILDING TECHNOLOGIES,
15  INC., a Delaware corporation; TURNER
    SECURITY SYSTEMS, INC., a California
16  corporation,

17              Defendants.

18

19  AND RELATED CROSS-ACTIONS

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, on April 19, 2006, the Court issued a Minute Order continuing the

2  Mandatory Scheduling Conference previously scheduled in this matter for May 10, 2006, at 9:00

3  a.m. in Department 4 of this Court to May 24, 2006, at 9:30 a.m. in Department 4;

4    WHEREAS, under the Federal Rules of Civil Procedure and this Court's local rules, the

5  parties are required to engage in certain activities, such as mandatory disclosures, document

6  production and meet and confer, in advance of the scheduling conference;

7    WHEREAS, the parties wish to continue to discuss the subject matter of the instant action

8  to determine whether there are ways of resolving the instant dispute without the need for

9  expenditure of further legal fees and expense; and

10    WHEREAS, an extension of the date for the scheduling conference and accompanying

11  activities will allow the parties to continue their discussions to explore a negotiated resolution of

12  the case without incurring further legal fees and expenses, and will preserve the parties and the

13  Court's resources.

14    NOW, THEREFORE, based on the foregoing, the parties to this action, SimplexGrinnell

15  LP, Siemens Building Technologies, Inc. and Turner Security Systems, Inc., through their

16  counsel of record, do hereby stipulate that:

17    1.    The Minute Order setting the Mandatory Scheduling Conference for May 24,

18  2006, at 9:30 a.m., in **Department 7 new courtroom number** (not 4) of this Court, is vacated.

19    2.    The Mandatory Scheduling Conference shall be held on June 21, 2006, at 9:30

20  a.m. in **Department  7 new courtroom number** (not 4) of this Court.

21    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

22

23  Dated: May 8, 2006                DECHERT LLP

24

25                    By:___/s/ Daniel T. McCloskey_____
                          Chris Scott Graham

26                        Daniel T. McCloskey
                          Attorneys for Defendant and Cross-Defendant,

27                        SIEMENS BUILDING TECHNOLOGIES, INC.

28  / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MANDATORY SCHEDULING CONFERENCE;
CASE NO 1:05-CV-01443-AWI-SMS                                                    1

12351010

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: May 8, 2006                    DONAHUE GALLAGHER WOODS LLP

2

3                                         By:___/s/ Lawrence K. Rockwell_____
                                          Lawrence K. Rockwell
4                                         Attorneys for Plaintiff and Counterclaim-
                                          Defendant
5                                         SIMPLEXGRINNELL LP

6   Dated: May 8, 2006                    MCCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP
7

8                                         By:___/s/ D. Greg Durbin_____
                                          D. Greg Durbin
9                                         Attorneys for Defendant, Cross-Claimant and
                                          Cross-Complainant
10                                        TURNER SECURITY SYSTEMS, INC.

11

12       I attest under penalty of perjury that the concurrence in the filing of this document has

13   been obtained from counsel of record for SIMPLEXGRINNELL LP and TURNER SECURITY

14   SYSTEMS, INC.

15   Dated: May 8, 2006                    DECHERT LLP

16

17                                        By:___/s/ Daniel T. McCloskey_____
                                          Chris Scott Graham
                                          Daniel T. McCloskey
18                                        Attorneys for Defendant and Cross-Defendant,
                                          SIEMENS BUILDING TECHNOLOGIES, INC.
19

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23   Dated: 5/4/2006                       /s/ Sandra M. Snyder_____

24

25                                        SANDRA M. SNYDER
                                          United States Magistrate Judge
26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MANDATORY SCHEDULING CONFERENCE;     2
CASE NO. 1-05-CV-043861

12351010

PDF created with pdfFactory trial version www.pdffactory.com