LAWRENCE K. ROCKWELL, #72410
JULIE E. HOFER, #152185
ARIANA SELDMAN HAWBECKER, #190506
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
P.O. Box 12979
Oakland, California  94604-2979
Telephone:      (510) 451-0544
Facsimile:      (510) 832-1486

Attorneys for Plaintiff
SIMPLEXGRINNELL LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEXGRINNELL LP, a Delaware limited partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation; TURNER SECURITY SYSTEMS, INC., a California corporation,<br><br>            Defendants. | CASE NO.  1:05-CV-01443-AWI-SMS<br><br>**REVISED STIPULATION AND ORDER RE: CONTINUATION OF MANDATORY SCHEDULING CONFERENCE TO JULY 26, 2006 \***<br><br>SCHEDULING CONFERENCE:<br>Old Date 6/21/2006<br>NEW DATE: JULY 26, 2006 \*<br>TIME: 9:30 a.m.<br>NEW COURTROOM: #7 (formerly #4) |

WHEREAS the Court previously issued an order continuing the Mandatory Scheduling Conference set in this matter for May 24, 2006, at 9:30 a.m. to June 21, 2006, at 9:30 a.m. in Department 4 of this Court ;

WHEREAS under the Federal Rules of Civil Procedure and this Court's local rules, the parties are required to engage in certain activities, such as mandatory disclosures, document production, meet and confer, and preparation of a detailed joint scheduling report in advance of the scheduling conference;

WHEREAS the parties are currently engaging in informal discovery and settlement discussions and have taken further steps to determine whether there are ways of resolving the instant dispute while limiting the expenditure of legal fees and expenses; and

WHEREAS an extension of the date for the scheduling conference and accompanying activities will allow the parties to continue their settlement discussions and will preserve the parties and the Court's resources.

NOW, THEREFORE, based on the foregoing, the parties to this action, SimplexGrinnell LP, Siemens Building Technologies, Inc. and Turner Security Systems, Inc., through their counsel of record, do hereby stipulate that:

1.      The Minute Order setting the Mandatory Scheduling Conference for June 21, 2006, at 9:30 a.m. in Department 4 of this Court is vacated.

2.      The Mandatory Scheduling Conference shall be held on July 12, 2006, at 9:30 a.m. in Department 4 of this Court. * See below

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: June 5, 2006                              DONAHUE GALLAGHER WOODS LLP


                                                 By:/s/  Lawrence K. Rockwell
                                                 Lawrence K. Rockwell
                                                 Attorneys for Plaintiff and Counterclaim-
                                                 Defendant
                                                 SIMPLEXGRINNELL LP

1    Dated:                              DECHERT LLP

2

3                                         By: /s/ as authorized on June 5, 2006
                                             Chris Scott Graham
                                             Daniel T. McCloskey
4                                            Attorneys for Defendant and Cross-Defendant,
                                             SIEMENS BUILDING TECHNOLOGIES, INC.
5

6    Dated:                              McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP
7

8                                         By: /s/ as authorized on June 5, 2006
                                             D. Greg Durbin
9                                            Attorneys for Defendant, Cross-Claimant and
                                         Cross-Complainant
10                                           TURNER SECURITY SYSTEMS, INC.

11

12

13
            I attest under penalty of perjury that the concurrence in the filing of this document has
14
     been obtained from counsel of record for SIMPLEXGRINNELL LP and TURNER SECURITY
15
     SYSTEMS, INC.
16
     Dated: June 6, 2006                  DONAHUE GALLAGHER WOODS LLP
17

18
                                          By:/s/  Lawrence K. Rockwell
19                                           Lawrence K. Rockwell
                                             Attorneys for Plaintiff
20                                           SIMPLEXGRINNELL LP

21

            PURSUANT TO STIPULATION, IT IS SO ORDERED.   IT IS FURTHER ORDERED
22   THAT Scheduling Conference is continued from 6/21/06 to JULY 26, 2006 at 9:30a.m. in
     Courtroom #7 before Judge Snyder.   NOTE: the Court is not available the week of July 10, 2006,
23   which is the 9th Circuit Conference. *

24    IT IS SO ORDERED.

25   **Dated:   June 9, 2006**              **/s/ Sandra M. Snyder**
     icido3                               UNITED STATES MAGISTRATE JUDGE
26

27

28